# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128036

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

RAYMOND ROYCE SCHNEIDER,
       Defendant-Appellant.

SC: 128036
COA: 257498
Ogemaw CC: 02-002074-FC

_____/

      On order of the Court, the application for leave to appeal the January 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

p0919